# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID PULUC-CHAVAC,<br><br>　　　　Defendant. | Case No. 19CR2421-CAB<br><br>**ORDER AND JUDGMENT DISMISSING THE INDICTMENT WITH PREJUDICE** |

On motion of the United States, with no objection by Defendant, and with good cause shown,

**IT IS HEREBY ORDERED** the Indictment in this case is hereby dismissed with prejudice and the bond exonerated.

**IT IS SO ORDERED.**

DATED: 8/2/19

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE